UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GERALDINE LLOYD BELARDO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  2:14-cv-00204-AKK |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## **MEMORANDUM OPINION**

On February 11, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the decision of the Commissioner be reversed and this matter remanded to the Commissioner for further proceedings consistent with the report and recommendation of the magistrate judge.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 17th day of March, 2015.

_____
 **ABDUL K. KALLON**
 UNITED STATES DISTRICT JUDGE